JOHN J. KELLY, Respondent, *v.* XCELLENT HOMES, INC., Appellant, Impleaded with Another.

(Argued January 19, 1933; decided February 28, 1933.)

*Joseph Joffe* and *Louis Joffe* for appellant.

*Isaac Sargent* and *Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.